DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**10855 CORAL SPRINGS, LLC,**
Appellant,

v.

**WENDY CICATELLO,**
Appellee.

No. 4D17-1404

[May 17, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Pinellas County; Barbara Anne McCarthy, Judge; L.T. Case No. CACE16-844.

Daniel A. Bushell of Bushell Law, P.A., Fort Lauderdale, for appellant.

Robert Garven, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***